# NO. 12-08-00193-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| *IN RE: ECGC, INC.* | | |
| *RELATOR* | § | *ORIGINAL PROCEEDING* |
| | § | |

---

*MEMORANDUM OPINION*
*PER CURIAM*

Relator ECGC, Inc. has filed a motion to dismiss its petition for writ of mandamus. ECGC states that the parties have resolved their dispute and have fulfilled their responsibilities under the settlement agreement. Therefore, its petition for writ of mandamus is now moot. Because ECGC has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the petition for writ of mandamus is dismissed.

Opinion delivered November 12, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)